HON. TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>Defendant. | Case No. 2:26-cv-01310<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING DEFENDANT WILLIAMS-SONOMA, INC.'S UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR COUNSEL SUPPORTING THE APPLICATION OF JAY T. RAMSEY AND DANE C. BRODY CHANOVE TO APPEAR *PRO HAC VICE*<br><br>NOTE ON MOTION CALENDAR: April 20, 2026 |

//

//

//

//

//

//

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT - 1
Case No. 2:26-cv-01310

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 Fax:  415.434.3947

Upon consideration of the Motion to Waive Physical Office Requirement in LCR 83.1(d) and the supporting Declaration of Robert J. Guite filed by Defendant Williams-Sonoma, Inc., and for good cause shown,

**IT IS ORDERED** that the motion to waive the physical office requirement contained in LCR 83.1(d) is **GRANTED** such that Mr. Guite may sponsor *pro hac vice* admissions.

Dated this 29th day of April, 2026.

HONORABLE TANA LIN
United States District Judge

Presented by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:       */s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Attorneys for Defendant

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO WAIVE PHYSICAL OFFICE
REQUIREMENT - 2
Case No. 2:26-cv-01310

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 Fax:  415.434.3947